FILED

OCT 0 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED A. SANDOVAL,<br><br>         Plaintiff,<br><br>   v.<br><br>JOSEPH MCGRATH, et al.,<br><br>         Defendants. | No. C 05-0450 JSW (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF APPEAL AND FOR CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 9) |

ENTERED IN CIVIL DOCKET 10/5/05

On May 2, 2005, the Court dismissed this case for Plaintiff's failure to state a claim under 42 U.S.C. § 1983. Plaintiff filed a motion to amend the complaint, which the Court denied on July 13, 2005. Plaintiff has filed requests for permission to file a notice of appeal and for a certificate of appealability (docket no. 9). Plaintiff's request for leave to file a notice of appeal is DENIED as unnecessary. Plaintiff's request is construed as a notice of appeal of the Court's order denying Plaintiff's motion to amend, as it meets the requirements for such notice under Rule 3(c)(1) of the Federal Rules of Appellate Procedure. Rule 3(c)(1) requires that the notice of appeal must: (1) specify the party or parties taking the appeal, (2) designate the judgment or order at issue, and (3) name the court to which the appeal is taken. Fed. R. App. P. 3(c)(1).

Plaintiff's request for a certificate of appealability is also DENIED as unnecessary. A certificate of appealability is only necessary or appropriate in a habeas



1 | corpus case, which this is not. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

2 |     The Clerk of Court shall forward this order, along with the case file, to the United

3 | States Court of Appeals for the Ninth Circuit.

4 |     IT IS SO ORDERED.

5 | DATED: OCT 4 2005

6 |

7 |                          JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Sandoval,

        Plaintiff,

v.

McGrath et al,

        Defendant.
_____/

Case Number: CV05-00450 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred Sandoval
P.O. Box 7500
D61000
Crescent City, CA 95532

Dated: October 4, 2005

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk