UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 10 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

ALFRED ARTHUR SANDOVAL,

    Plaintiff - Appellant,

v.

JOSEPH MCGRATH; et al.,

    Defendants - Appellees.

No. 05-17051

D.C. No. CV-05-00450-JSW
Northern District of California,
San Francisco

ORDER

Before: Peter L. Shaw, Appellate Commissioner

    On May 4, 2005, the district court entered judgment in this case. Appellant did not file a notice of appeal within the 30-day jurisdictional time period, nor did he timely file one of the motions that could have tolled the time within which to file a notice of appeal. *See* Fed. R. App. P. 4(a)(4); Fed. R. Civ. P. 59(e) (tolling motion must be filed within 10 days from entry of judgment); *Fiester v. Turner*, 783 F.2d 1474 (9th Cir. 1986) (untimely motion does not suspend time to appeal). Appellant did file a motion for reconsideration, which the district court denied on July 13, 2005, and appellant filed a notice of appeal on July 25, 2005.

    Because the July 25, 2005 notice of appeal was not filed or served within 30 days from entry of the May 2, 2005 judgment, the scope of this appeal is limited

S:\PROSE\Cmshords\2005\11.05\05-17051jwwpd

05-17051

to review of the July 13, 2005 order denying the motion for reconsideration.

The briefing schedule established by this court's October 26, 2005 order shall continue in effect.

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $255.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

*Peter L. Shaw*
General Order 6.3(e)

S:\PROSE\Cmshords\2005\11.05\05-17051jwwpd   2