

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 14 2006
CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| | |
|---|---|
| ALFRED ARTHUR SANDOVAL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JOSEPH MCGRATH; et al.,<br><br>Defendants - Appellees. | No. 05-17051<br><br>D.C. No. CV-05-00450-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: KOZINSKI and RYMER, Circuit Judges.

Appellant's motion to proceed in forma pauperis on appeal is denied. Within 21 days after the filing date of this order, appellant shall pay $255.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant

05-17051

pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Appellant's motion for appointment of counsel is denied because this appeal does not present "exceptional circumstances" warranting the appointment of counsel. *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

Briefing is suspended pending further order of this court.

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

OCT 1 4 2005

Postmark Here

05-450 JSW

Sent To: U.S. Court of Appeals For the Ninth Circuit
Street, Apt. No. or PO Box No.: 95 7th Street, Box 193939
City, State, ZIP+4: S.F. CA 94103-3939

PS Form 3800, June 2002          See Reverse for Instructions

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Court of Appeals
For the Ninth Circuit
95 7th Street, Box 193939
S.F. CA 94103-3939

05450 JSW

2. Article Number
(Transfer from service label)

7004 0550 0001 4103 0619

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED
U.S. COURT OF APPEALS
SAN FRANCISCO CA MSC
OCT 17 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102